# Proposed Report of Distribution

### Case: 08-50715   MCCARTHY, AMY L

Report Includes ONLY Claims with a Proposed Distribution

| | Case Balance: | $590.04 | Total Proposed Payment: | $590.04 | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 31.60 | 31.60 | 0.00 | 31.60 | 31.60 | 558.44 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 212.51 | 212.51 | 0.00 | 212.51 | 212.51 | 345.93 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 244.11 | 244.11 | 0.00 | 244.11 | 244.11 | |
| 1 | CAPITAL RECOVERY ONE | Unsecured | 393.56 | 393.56 | 0.00 | 393.56 | 5.99 | 339.94 |
| | Claim Memo: REVIEWED CLAIM. SCHEDULED AS AM-EAGLE/MCCBG | | | | | | | |
| 2 | CAPITAL RECOVERY ONE | Unsecured | 1,139.76 | 1,139.76 | 0.00 | 1,139.76 | 17.34 | 322.60 |
| | Claim Memo: REVIEWED CLAIM. SCHEDULED AS THE GAP. | | | | | | | |
| 3 | FIRSTMERIT BANK, N.A. | Unsecured | 12,185.65 | 12,185.65 | 0.00 | 12,185.65 | 185.39 | 137.21 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 4 | FIRSTMERIT BANK, N.A. | Unsecured | 311.42 | 311.42 | 0.00 | 311.42 | 4.74 | 132.47 |
| | Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | | | | | | | |
| 5 | CHASE BANK USA,N.A | Unsecured | 948.01 | 948.01 | 0.00 | 948.01 | 14.42 | 118.05 |
| | Claim Memo: REVIEWED CLAIM. SCHEDULED AS KOHLS. | | | | | | | |
| 6 -3 | CHASE BANK USA, NA | Unsecured | 7,759.18 | 7,759.18 | 0.00 | 7,759.18 | 118.05 | 0.00 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| **SUBTOTAL FOR UNSECURED** | | | 22,737.58 | 22,737.58 | 0.00 | 22,737.58 | 345.93 | |
| | **Total for Case 08-50715 :** | | **$22,981.69** | **$22,981.69** | **$0.00** | **$22,981.69** | **$590.04** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $244.11 | $244.11 | $0.00 | $244.11 | 100.000000% |
| Total Unsecured Claims : | $22,737.58 | $22,737.58 | $0.00 | $345.93 | 1.521402% |

*Receipt # 81270*
*Check #108*